UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Minnesota Made Hockey, Inc., a Minnesota corporation, | Civil No.:  10-3884 JRT/JJK |
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL |
| v. | |
| Minnesota Hockey, Inc., a Minnesota non-profit corporation, a/k/a Minnesota Hockey, et al., | |
| Defendants. | |

---

COMES NOW Plaintiff, Minnesota Made Hockey, Inc., and hereby dismisses the Defendants, John Doe and ABC Corporation, from the above entitled action pursuant to the provisions of Rule 41 of the Federal Rules of Civil Procedure.

Date: October 12, 2011

**KALINA, WILLS,**
 **GISVOLD & CLARK, PLLP**

By:    /s/  Jason E. Engkjer
    Michael C. Glover (#185401)
    glover@kwgc-law.com
    Jason E. Engkjer (#318814)
    engkjer@kwgc-law.com
    Jenna T. Burfeind (#0331867)
    Burfeind@kwgc-law.com
Attorneys for Plaintiff
6160 Summit Drive, Suite 560
Minneapolis, MN 55430
Tel: (612) 789-9000
Fax: (763) 503-7070